Name: CARLOS ALFREDO CARDENAS GONZALEZ
Address: 2210 NAPA-VALLEJO HWY
NAPA, CA 94559

CDC or ID Number: 202501817

ALAMEDA COUNTY
_____
(Court)

**FILED**

Jan 16 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CARLOS ALFREDO CARDENAS GONZALEZ
Petitioner
vs.
ALAMEDA COUNTY JAIL
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. 26-cv-00461 EKL
*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2010]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

MC–275

This petition concerns:

- [ ] A conviction
- [ ] A sentence
- [x] Jail or prison conditions
- [ ] Other (specify): _____
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: CARLOS ALFREDO CARDENAS GONZALEZ
2. Where are you incarcerated? NAPA COUNTY JAIL
3. Why are you in custody? [x] Criminal conviction  [ ] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   EVADING AN OFFICER, RECIEVING STOLEN PROPERTY

   b. Penal or other code sections: 2800.4 VC, PC 496(a)
   c. Name and location of sentencing or committing court: NAPA COUNTY JAIL
   d. Case number: 25CR002854
   e. Date convicted or committed: 12-4-25
   f. Date sentenced: STILL PENDING
   g. Length of sentence: STILL PENDING
   h. When do you expect to be released? STILL PENDING
   i. Were you represented by counsel in the trial court? [x] Yes  [ ] No   *If yes, state the attorney's name and address:*

   ALEX ZOCCHI - PUBLIC DEFENDER  1127 FIRST ST, SUITE B
                                   NAPA, CA 94559

4. What was the LAST plea you entered? *(Check one):*

   [x] Not guilty  [ ] Guilty  [ ] Nolo contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [x] Awaiting trial

---

MC-275 [Rev. January 1, 2010]   PETITION FOR WRIT OF HABEAS CORPUS   Page 2 of 6

MC–275

6. **GROUNDS FOR RELIEF**
   **Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

   AFTER THE UNION CITY POLICE DEPARTMENT USED EXCESSIVE FORCE ON ME CAUSING GREAT BODILY INJURY, THE ALAMEDA COUNTY JAIL FAILED TO GIVE ME PROPER MEDICAL CARE.

   a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

   ON AUGUST 12, 2025 I WAS APROACHED BY PLAIN CLOTHES UNION CITY POLICE DEPARTMENT DETECTIVES. THEY YELLED MY NAME WITH GUNS DRAWN, AND THEY DID NOT IDENTIFY THEMSELVES AS LAW ENFORCEMENT. I FEARED FOR MY LIFE, SO I FLED. THEY USED EXCESSIVE FORCE WHEN I WAS APREHENDED. AFTER THE POLICE BRUTALITY I SUFFERED, I ENDED UP WITH BROKEN RIBS, AND FRACTURED EYE SOCKET. I THEN WAS PLACED IN CUSTODY IN THE ALAMEDA COUNTY JAIL. I REQUESTED MEDICAL AID AND WAS DENIED. EVENTUALLY AFTER NINE DAYS I WAS SEEN BY MEDICAL AND GIVEN MUSCEL RELAXERS. I WAS NOT GIVEN PROPER MEDICAL ATTENTION, AND STILL HAVE BREATHING AND VISION ISSUES, WITH CHEST PAINS.

   b. Supporting cases, rules, or other authority (optional):
   *(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

   N/A

MC–275

7. Ground 2 or Ground _____ (if applicable):

N/A

a. Supporting facts:

N/A

b. Supporting cases, rules, or other authority:

N/A

MC–275

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☑ No   If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):
      N/A
   b. Result: N/A                                            c. Date of decision: N/A
   d. Case number or citation of opinion, if known: N/A
   e. Issues raised: (1) N/A
                    (2) N/A
                    (3) N/A
   f. Were you represented by counsel on appeal? ☐ Yes ☑ No   If yes, state the attorney's name and address, if known:
      N/A

9. Did you seek review in the California Supreme Court? ☐ Yes ☑ No   If yes, give the following information:
   a. Result: N/A                                            b. Date of decision: N/A
   c. Case number or citation of opinion, if known: N/A
   d. Issues raised: (1) N/A
                    (2) N/A
                    (3) N/A

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    N/A

11. Administrative review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:

    I HAD FILED MEDICAL REQUESTS AND VERBALLY REQUESTED MEDICAL AID, UNTIL I WAS RELEASED AFTER 9-29-25. I HAD RECIEVED MEDICAL ATTENTION ON THE 8-21-25. I WAS PLACED ON A MUSCLE RELAXER AND TOLD I WAS FINE BECAUSE HIGHLAND HOSPITAL HAD DISCHARED ME. YET, X-RAYS FROM ALAMEDA COUNTY JAIL SHOWED I HAD BROKEN RIBS.

    b. Did you seek the highest level of administrative review available? ☐ Yes ☑ No
       *Attach documents that show you have exhausted your administrative remedies.*

MC–275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes   If yes, continue with number 13.   ☑ No   If no, skip to number 15.

13. a. (1) Name of court: N/A

    (2) Nature of proceeding (for example, "habeas corpus petition"): N/A

    (3) Issues raised: (a) N/A

    (b) N/A

    (4) Result (attach order or explain why unavailable): N/A

    (5) Date of decision: N/A

  b. (1) Name of court: N/A

    (2) Nature of proceeding: N/A

    (3) Issues raised: (a) N/A

    (b) N/A

    (4) Result (attach order or explain why unavailable): N/A

    (5) Date of decision: N/A

  c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
    N/A

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
    I HAVE BEEN MAKING ATTEMPTS

16. Are you presently represented by counsel? ☑ Yes   ☐ No   If yes, state the attorney's name and address, if known:
    ALEX ZOCCHI - PUBLIC DEFENDER   1127 FIRST ST, SUITE B
    NAPA, CA, 94559

17. Do you have any petition, appeal, or other matter pending in any court? ☑ Yes   ☐ No   If yes, explain:
    CRIMINAL CASE - 25CR002854

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
    I AM CURRENTLY INCARCERATED, THIS IS MY ONLY AVENUE.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 1-08-2026

▶ (SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2010]   PETITION FOR WRIT OF HABEAS CORPUS   Page 6 of 6