CARLOS ALFREDO CARDENAS GONZALEZ
2210 NAPA-VALLEJO HWY
NAPA, CA 94559

#202501817
K-unit - cell - 105

pro se

RECEIVED
JAN 12 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CA 945
9 JAN 2026 PM 6 L

LEGAL MAIL

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

94102-348999