UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS ALFREDO CARDENAS
GONZALEZ,

Petitioner,

v.

ALAMEDA COUNTY JAIL,

Respondent.

Case No. 26-cv-00461-EKL

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 16, 2026, Plaintiff Carlos Alfredo Cardenas Gonzalez, a state detainee, filed the present *pro se* petition for writ of habeas corpus. ECF No. 1. On that same date, the Clerk of the Court sent Cardenas Gonzalez a notice informing him that his action could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. ECF No. 2. The notice warned Cardenas Gonzalez that he must pay the filing fee or return a completed IFP application within 28 days or his action would be dismissed. *Id.* More than 28 days have passed and Cardenas Gonzalez has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file. Any motion to reopen this matter must be accompanied by the filing fee or a completed IFP application.

**IT IS SO ORDERED.**

Dated: March 23, 2026

_____
Eumi K. Lee
United States District Judge